**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| KENNY DALE JENKINS, ID#1458923,  ) | |
|     Petitioner,  ) | |
| vs.  ) | No. 3:15-CV-2786-D |
|    ) | |
| WILLIAM STEPHENS, Director,  ) | |
| Texas Department of Criminal  ) | |
| Justice, Correctional Institutions Division,  ) | |
|     Respondent.  ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

By separate judgment, the petition for writ of habeas corpus under 28 U.S.C. § 2254 will be transferred to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

**SO ORDERED**.

September 24, 2015.

                                                      */s/ Sidney A. Fitzwater*
                                                      SIDNEY A. FITZWATER
                                                      UNITED STATES DISTRICT JUDGE